AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 17 2009 ★

# UNITED STATES DISTRICT COURT

EASTERN_____ District of _____NEW YORK_

BROOKLYN OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

BEKIM FISEKU

Case No.    CR-00-824, 01-1336

USM No.    59080-053

JAMES FROCARO
_____
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s)    ONE_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | PROHIBITING CRIMINAL CONDUCT | 11/27/2008 |

        The defendant is sentenced as provided in pages 2 through  2_____  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8694

Defendant's Year of Birth:    1971

City and State of Defendant's Residence:
        CUSTODY

July 15, 2009
_____
Date of Imposition of Judgment

s/Edward R. Korman
_____
Signature of Judge

EDWARD R. KORMAN, USDJ
_____
Name and Title of Judge

7/16/09
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        BEKIM FISEKU
CASE NUMBER:      CR-00-824, 01-1336

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :
EIGHTEEN (18)  MONTHS TO RUN CONSECUTIVE TO STATE SENTENCE DEFT IS CURRENTLY SERVING.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐   at  _____  ☐ a.m.  ☐ p.m.   on  _____ .

    ☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on  _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT:           BEKIM FISEKU

CASE NUMBER:         CR-00-824, 01-1336

DISTRICT:            EDNY

## Judgment in a Criminal Case Personal Identification Attachment
## (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:          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

Defendant's Date of Birth:          6/11/71

Defendant's Residential Address :   CUSTODY

Defendant's Mailing Address:
*(if different)*

*State Ct.*

*JdC*

E COURT OF THE STATE OF NEW YORK
RICHMOND COUNTY
COUNTY COURT HOUSE
18 RICHMOND TERRACE
STATEN ISLAND, NY 10301

FEE:$10.00

'ICATE OF DISPOSITION INDICTMENT

DA'_____

CERTIFICATE OF DISPOSITION NUMBER: 1402

PEOPLE OF THE STATE OF NEW YORK
VS.

CASE NUMBER:              00412-2008
LOWER COURT NUMBER(S):    2008RI011926
DATE OF ARREST:           11/27/2008
ARREST #:                 S08614287
DATE OF BIRTH:            06/11/1971
DATE FILED:               12/23/2008

FISEKU,BEKIM

_____
        DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 04/03/2009 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  RIENZI,L THEN A
JUSTICE OF THIS COURT.

BURGLARY 3rd DEGREE PL  140.20 00 DF

THAT ON 04/24/2009, UPON THE AFORESAID CONVICTION BY PLEA  THE HONORABLE
RIENZI,L  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
AS A SECOND FELONY OFFENDER TO

BURGLARY 3rd DEGREE PL  140.20 00 DF
IMPRISONMENT = 2 YEAR(S)  6 MONTH(S)  TO 5 YEAR(S)

CVAF = $25 (OTHER AGENCY TO COLLECT)
DNA  = $50 (OTHER AGENCY TO COLLECT)
SURCHARGE = $300 (OTHER AGENCY TO COLLECT)

IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 05/12/2009.

_____
        CLERK OF COURT

_____
        COURT CLERK